

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-19-00011-CV

## IN RE LEE CORNELIUS MURRAY, RELATOR

## ORDER REINSTATING ORIGINAL PROCEEDING FOR WRIT OF MANDAMUS

February 15, 2019

## ORDER

**Before QUINN, C.J., and CAMPBELL and PARKER, JJ.**

We dismissed relator Lee Cornelius Murray's petition for writ of mandamus on February 5, 2019, because Murray failed to pay the filing fee or comply with chapter 14 of the Civil Practice and Remedies Code within the prescribed time. On February 12, 2019, Murray paid the filing fee to the clerk of this court. Accordingly, we reinstate the proceeding on the court's docket and vacate our prior opinion and judgment.

The court requests that respondent, the Honorable John B. Board, and real party in interest, the State of Texas, file a response to the petition for writ of mandamus by February 25, 2019. TEX. R. APP. P. 52.4.

Per Curiam